UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 51044
    LUDEAN R WELCH
                                  CHAPTER 13

                                  JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-9436

--------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/12/05 and confirmed on 12/02/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  16026.75 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CONSUMERS COOP CU | SECURED VEHIC | 5800.00 | 390.48 | 5800.00 |
| CAPITAL ONE | UNSECURED | 510.84 | 28.13 | 510.84 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DREXLER FAMILY PRACTICE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| GASTROENTEROLOGISTS | UNSECURED | 50.50 | 3.07 | 50.50 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NEX/MIL STAR/EXCHANGE | UNSECURED | 4639.61 | 255.72 | 4639.61 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| PBC | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMERS COOP CU | UNSECURED | 1281.99 | 113.33 | 1281.99 |

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5800.00 | .00 | 6482.94 | .00 | 12282.94 |
| PRINCIPAL PAID | 5800.00 | .00 | 6482.94 | .00 | 12282.94 |
| INTEREST PAID | 390.48 | .00 | 400.25 | .00 | 790.73 |
| TOTAL PAID | 6190.48 | .00 | 6883.19 | .00 | 13073.67 |

The Debtor's attorney, DAVID M SIEGEL                  , was allowed $  2700.00
and was paid $    456.00  direct and $   2244.00  through the plan.

The Trustee received $    699.71 .

Refunds to the Debtor totaled $      9.37 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 01/16/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE